IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

JUDGE DAVID GUADERRAMA
FILED
2019 OCT 23 PM 2:29
CLERK
WESTERN DISTRICT TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | SEALED |
| v. | § § | NO. EP-19-CR- |
| JOSE ALEJANDRO VAQUERA, | § § | **EP 19 CR 3456** |
| Defendant. | § § | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Motion to Seal Indictment in the above numbered cause and would show the Court as follows:

On October 23, 2019, the Grand Jury returned a True Bill of Indictment, charging the above named defendant in the above numbered cause. The disclosure of the existence of the Indictment would seriously jeopardize the ability of law enforcement officers to locate the Defendant and apprehend Defendant without incident. The Government therefore seeks an Order of the Court placing the Indictment and related documents concerning the above named Defendant in the above numbered cause under seal. **When the Defendant is arrested, the Indictment and related documents will be unsealed.**

Accordingly, the United States respectfully requests that the Indictment in the above entitled and numbered cause and this Motion and Order be sealed until further order of this Court or until the Defendant is arrested.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884