JUDGE DAVID GUADERRAMA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2019 OCT 23 PM 2:29

CLERK
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **S E A L E D** |
| Plaintiff, | § § | CRIMINAL NO. EP-19-CR- |
| v. | § § | **INDICTMENT** |
| JOSE ALEJANDRO VAQUERA, | § § | CTS 1: 18 U.S.C. § 913 – Impersonator Making Arrest or Search |
| Defendant. | § § | |

THE GRAND JURY CHARGES:    **EP 19 CR 3456**

**COUNT ONE**
(18 U.S.C. § 913)

That on or about July 8, 2018, in the Western District of Texas, and elsewhere, Defendant,

**JOSE ALEJANDRO VAQUERA,**

did knowingly and falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, an Agent with Immigration and Customs Enforcement, and in such assumed and pretended character did act as such, in that he falsely stated that he was an Agent of the Immigration and Customs Enforcement engaged in detaining and arresting a person, in violation of Title 18, United States Code, Section 913.

A TRUE BILL.
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney