JUDGE DAVID GUADERRAMA

U.S. Department of Justice
United States Attorney

FILED
2019 OCT 23  PM 2:29

CLERK
WESTERN DISTRICT OF TEXAS
BY _DT_
DEPUTY CLERK

# United States District Court
## Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NO. EP-19-CR- |
| JOSE ALEJANDRO VAQUERA, | § § | **EP 19 CR 3456** |
| Defendant. | § | |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this _23rd_ day of _October_, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

| Defendant | Recommended Amount of Bail |
|---|---|
| **JOSE ALEJANDRO VAQUERA** | Detain without Bond |

Rev. 01/12